O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

KERI SANFILIPPO, et al.

                    Plaintiffs,

        v.

STARBUCKS CORPORATION, et al.

                    Defendants.

_____

Case No. CV 08-02549 DDP (JCRx)

**ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR NOT MEETING THE REQUIRED AMOUNT IN CONTROVERSY**

    The Court is not convinced the amount in controversy meets the statutory requirement of 5 million dollars.  See 228 U.S.C. § 1332(d)(2).  As such, the Court orders the parties to show cause why this action should not be dismissed for lack of jurisdiction. The Court orders the parties to file cross-briefs, not to exceed ten pages, by June 30, 2008, to show why this action should not be dismissed for failure to establish jurisdiction.  The parties should also deliver a courtesy copy to chambers, Room 244-J, Second Floor, 312 N. Spring Street, Los Angeles.  If a party does not file a brief, the Court will regard that party as not opposing dismissal

1 of this matter.  A hearing on this matter is scheduled for July 14,

2 2008, at 10:00am.

3

4

5 IT IS SO ORDERED.

6

7

8 Dated: June 4, 2008 _____

DEAN D. PREGERSON
9                                     United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28